| | |
|---|---|
| 1<br>2<br>3<br>4 | Michael Amberg, Cal. Bar No. 330553<br>KING & WOOD MALLESONS LLP<br>2500 Sand Hill Road, Suite 111<br>Menlo Park, CA 94025<br>Telephone: (650) 858-1285<br>Facsimile: (650) 858-1226<br>michael.amberg@us.kwm.com |
| 5<br>6<br>7<br>8 | M.M. Utterback (pending admission *pro hac vice*)<br>KING & WOOD MALLESONS LLP<br>500 5th Ave, 50th Floor<br>New York, NY 10110<br>Telephone: (212) 319-4755<br>Facsimile: (917) 591-8167<br>meg.utterback@us.kwm.com |
| 9<br>10 | *Attorneys for Petitioners*<br>*SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and<br>SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>SPI ENERGY CO. LTD,<br><br>　　　　　Respondent. | Case No.<br><br>**PETITIONER SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner SinSin Europe Solar Asset Limited Partnership ("SinSin Europe"), by and through counsel, hereby states that SinSin Europe is a limited partnership, so it has no corporate parent. No publicly held corporation directly owns 10% or more of SinSin Europe's stock. Xinxing Ductile Iron Pipes Co., Ltd., a publicly traded company on the Shenzhen Stock Exchange, indirectly owns 10% or more of SinSin Europe's stock.

Dated: November 3, 2022

Respectfully submitted,

KING & WOOD MALLESONS LLP

By: /s/Michael Amberg
    Michael Amberg and
    M.M. Utterback

*Attorneys for Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*