Michael Amberg, Cal. Bar No. 330553
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
michael.amberg@us.kwm.com

M.M. Utterback (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

*Attorneys for Petitioners*
*SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP,<br><br>  Petitioners,<br><br>  v.<br><br>SPI ENERGY CO. LTD,<br><br>  Respondent. | Case No. 22-cv-01991-MCE-JDP<br><br>**DESIGNATION OF COUNSEL** |

SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership ("Petitioners") hereby designate the following attorney from King & Wood Mallesons LLP as counsel for service in this action:

  Name: Yan Ge, Cal. Bar No.236566

  KING & WOOD MALLESONS LLP

  2500 Sand Hill Road, Suite 111

  Menlo Park, CA 94025

  Telephone: (650) 858-1285

  Facsimile: (650) 858-1226

geyan@cn.kwm.com

The following attorney is no longer counsel of record in this action:

Name: Michael Amberg, Cal. Bar No. 330553

KING & WOOD MALLESONS LLP

2500 Sand Hill Road, Suite 111

Menlo Park, CA 94025

Telephone: (650) 858-1285

Facsimile: (650) 858-1226

michael.amberg@us.kwm.com

Dated: November 28, 2022                         Respectfully submitted,

                                          KING & WOOD MALLESONS LLP

By: */s/Michael Amberg*
Michael Amberg
M.M. Utterback

*Attorneys for Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*