Yan Ge, Cal. Bar No.236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (admitted *pro hac vice*)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

*Attorneys for Petitioners*
*SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP,<br><br>Petitioners,<br><br>v.<br><br>SPI ENERGY CO. LTD,<br><br>Respondent. | Case No. 22-cv-01991-MCE-JDP<br><br>**PETITIONERS' STATEMENT OF NON-OPPOSITION TO RESPONDENT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PETITION TO CONFIRM ARBITRAL AWARDS** |

Pursuant to Rule 230(c) of the Local Rules of the United States District Court for the Eastern District of California, Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership (collectively, "Petitioners") respectfully submit this Statement of Non-Opposition to Respondent SPI Energy Co. Ltd's ("Respondent") *Ex Parte* Application ("Application") for Extension of Time to Respond to the Petition to Confirm Arbitral Awards. ECF No. 9.

The Petition to Confirm Arbitral Awards ("Petition") (ECF No. 1) was served on Respondent on November 14, 2022. *See* ECF No. 10. On December 5, 2022, Respondent filed the Application seeking an extension of 28 days, until January 2, 2023, to respond to the Petition.

RESPONSE TO APPLICATION FOR EXTENSION OF TIME

*See* ECF No. 9. Petitioners have no objection to and do not oppose the Application.

Dated: December 6, 2022    Respectfully submitted,

KING & WOOD MALLESONS LLP

By: */s/M.M. Utterback*
    M.M. Utterback (admitted *pro hac vice*)
    Yan Ge
    *Attorneys for Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*