Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

*Attorneys for Petitioners*
SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and<br>SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP,<br><br>Petitioners,<br><br>v.<br><br>SPI ENERGY CO. LTD,<br><br>Respondent. | Case No. 2:22-cv-01991-MCE-JDP<br><br>**NOTICE OF MOTION SEEKING LEAVE TO FILE AMENDED PETITION AND MOTION FOR**<br><br>**(1) CONIFRMATION OF FOREIGN ARBITRAL AWARDS;**<br><br>**(2) ENTRY OF JUDGMENT;**<br><br>**(3) INJUNCTIVE RELIEF; AND**<br><br>**(4) ATTORNEYS' FEES INCURRED IN CONFIRMING THE AWARDS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of California, and the Civil Law and Motion procedures of the Honorable Morrison C. England, Jr., the hearing on Petitioners Sinsin Europe Solar Asset Limited Partnership and Sinsin Solar Capital Limited Partnership's Motion Seeking Leave to File the Amended Petition and Motion for (1) Confirmation of Foreign Arbitral Awards, (2) Entry of Judgment, (3) Injunctive Relief, and (4) Attorney's Fees Incurred in Confirming the Awards (the "**Motion**") is set for May 18, 2023.  The Court has not ordered oral argument on the Motion; "[i]f

the Court determines that oral argument is needed it will be scheduled at a later date." *See* Judge England's Civil Law and Motion procedures.

      Concurrently with this filing, this Notice of Motion will be served on Respondent along with copies of the Motion, its supporting declaration and exhibits, and a proposed order will be lodged.

Dated: April 11, 2023

Respectfully submitted,

KING & WOOD MALLESONS LLP

By: /s/ Yan Ge
     Yan Ge
     M.M. Utterback