Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile:  (917) 591-8167
meg.utterback@us.kwm.com

*Attorneys for Petitioners*
*SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP,<br><br>Petitioners,<br><br>v.<br><br>SPI ENERGY CO. LTD,<br><br>Respondent. | Case No. 2:22-cv-01991-MCE-JDP<br><br>**DECLARATION OF M.M. UTTERBACK  IN SUPPORT OF MOTION SEEKING LEAVE TO FILE AMENDED PETITION AND MOTION FOR**<br><br>**(1) CONIFRMATION OF FOREIGN ARBITRAL AWARDS;**<br><br>**(2) ENTRY OF JUDGMENT;**<br><br>**(3) INJUNCTIVE RELIEF; AND**<br><br>**(4) ATTORNEYS' FEES INCURRED  IN CONFIRMING THE AWARDS** |

I, Mary Margaret Utterback, hereby declare and state as follows:

1. I am a Partner in King & Wood Mallesons' New York office. I am counsel for Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership and am admitted in this Court *pro hac vice*.

2. The evidence set out in the foregoing declaration is based on my personal knowledge. I am fully familiar with the facts of this case and can attest to the authenticity of the Exhibits referenced herein.

3.     I submit this declaration in support of Petitioners' Motion Seeking Leave to File an Amended Petition and Motion for (1) Confirmation of Foreign Arbitral Awards, (2) Entry of Judgment, (3) Injunctive Relief, and (4) Attorney's Fees Incurred in Confirming the Awards against SPI Energy Co. Ltd. ("**Respondent**").

4.     Attached hereto as **Exhibit A** is a true and correct copy of an email between Todd Noonan ("**Respondent's Counsel**"), Andrew Sklar, and myself (collectively "**Petitioners' Counsel**") dated March 16, 2023.

5.     Attached hereto as **Exhibit B** is a true and correct copy of an email thread spanning March 23, 2023 through April 5, 2023 between Respondent's Counsel and Petitioners' Counsel (and the Court in part).

6.     Attached hereto as **Exhibit C** is a true and correct copy of the proposed Amended Petition and Motion for (1) Confirmation of Foreign Arbitral Awards, (2) Entry of Judgment, (3) Injunctive Relief, and (4) Attorney's Fees Incurred in Confirming the Awards against Respondent.

7.     Attached hereto as **Exhibit D** is a true and correct copy of the declaration of Xinyu Li in support of the Amended Petition and Motion for (1) Confirmation of Foreign Arbitral Awards, (2) Entry of Judgment, (3) Injunctive Relief, and (4) Attorney's Fees Incurred in Confirming the Awards against Respondent.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: April 11, 2023

Respectfully submitted,

By: _M.M. Utterback_
   M.M. Utterback