# Exhibit A

| | |
|---|---|
| **From:** | Utterback, Meg (US) |
| **To:** | Todd Noonan |
| **Cc:** | Sklar, Andrew (US) |
| **Subject:** | Proposed Briefing Schedule-- Sinsin Europe Solar Asset Ltd. Partnership et al v. SPI Energy Co. Ltd. |
| **Date:** | Thursday, March 16, 2023 3:31:44 PM |

Dear Todd

Thank you for speaking with us earlier. As discussed, we do not feel that any discovery is warranted in relation to the Petition. Instead, we propose the following briefing schedule for our motion to confirm the arbitral awards, in accordance with Judge England's local rules and the Eastern District's local rules at Rule 230:

Motion to Confirm: March 31
Opposition to the Motion to Confirm: April 14
Reply to Opposition: April 24

Please promptly advise whether your client is willing to agree to the foregoing schedule.

Best regards

Meg

**Meg Utterback | Partner**
**King & Wood Mallesons**

D +1 347 926 7556
M +1 917 849 9648
F +1 917 591 8167
E meg.utterback@us.kwm.com
**PROFILE**
*not admitted in NY*