# Exhibit D

1

Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP

2

2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025

3

Telephone: (650) 858-1285
Facsimile: (650) 858-1226

4

geyan@cn.kwm.com

5

M.M. Utterback (*pro hac vice*)
KING & WOOD MALLESONS LLP

6

500 5th Ave, 50th Floor
New York, NY 10110

7

Telephone: (212) 319-4755
Facsimile:  (917) 591-8167

8

meg.utterback@us.kwm.com

9

*Attorneys for Petitioners*
*SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*

10

11

UNITED STATES DISTRICT COURT

12

EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP, | Case No. 2:22-cv-01991-MCE-JDP |

14

**DECLARATION OF XINYU LI IN SUPPORT OF AMENDED PETITION AND MOTION FOR**

15

16

Petitioners,

**(1) CONIFRMATION OF FOREIGN ARBITRAL AWARDS;**

17

v.

18

SPI ENERGY CO. LTD,

**(2) ENTRY OF JUDGMENT;**

**(3) INJUNCTIVE RELIEF; AND**

19

Respondent.

20

**(4) ATTORNEYS' FEES INCURRED  IN CONFIRMING THE AWARDS**

21

22

I, Xinyu Li, hereby declare and state as follows:

23

1.      I am a Partner in King & Wood Mallesons' ("**KWM**") Beijing office and an

24

attorney of good standing in the People's Republic of China. KWM was counsel to SinSin Europe

25

Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership ("**Petitioners**")

26

during the arbitrations and related Malta proceedings discussed below. I am fully familiar with the

27

facts of this case and can attest to the authenticity of the Exhibits referenced herein.

28

2.      The evidence set out in the foregoing declaration is based on my personal

knowledge.

LI DECLARATION                                                                              Case No. 2:22-CV-01991-MCE-JDP

1       3.      I submit this declaration pursuant to Petitioners' Amended Petition and Motion for

2   (1) Confirmation of Foreign Arbitral Awards, (2) Entry of Judgment, (3) Injunctive Relief, and (4)

3   Attorney's Fees Incurred in Confirming the Awards against SPI Energy Co. Ltd. ("**Respondent**").

4       4.      Attached hereto as **Exhibit A** is a true and correct copy of the first foreign arbitral

5   award (the "**First Award**"), Reference No. I 5320/2018, dated October 29, 2020, issued by the

6   Arbitration Panel in the proceeding before the Malta Arbitration Centre Arbitration.

7       5.      Attached hereto as **Exhibit B** is a true and correct copy of the second foreign

8   arbitral award (together with the First Award, the "**Awards**"), Reference No. I 5532/2018, dated

9   October 29, 2020, issued by the Arbitration Panel in the proceeding before the Malta Arbitration

10   Centre Arbitration.

11       6.      Attached hereto as **Exhibit C** is a true and correct copy of the SPA, dated

12   September 6, 2014, entered into between Petitioners and Respondent and Solar Power, Inc..

13       7.      Attached hereto as **Exhibit D** is a true and correct copy of the judgment and

14   translation of the judgment by the Malta Court of Appeal (Inferior Jurisdiction) (the "**Malta Court**

15   **Inferior**"), dated November 12, 2021, Inferior Appeal Number 78/2020 LM, declaring  the appeal

16   filed by Respondent and SPI China (HK) Limited null and void.

17       8.      Attached hereto as **Exhibit E** is a true and correct copy of the judgment and

18   translation of the judgment by the Malta Court Inferior, dated November 12, 2021, Inferior Appeal

19   Number 79/2020 LM, declaring the appeal filed by Respondent and SPI China (HK) Limited null

20   and void.

21       9.      Attached hereto as **Exhibit F** is a true and correct copy of the ruling made by the

22   Chief Justice of the Malta Court, and certified translation, dated March 30, 2022, dismissing

23   Respondent and SPI China (HK) Limited's request to revoke the Inferior Appeal Number 78/2020

24   judgment by the Malta Inferior Court on November 12, 2021, and ordering Respondent and SPI

25   China (HK) Limited to pay expenses.

26       10.     Attached hereto as **Exhibit G** is a true and correct copy of the ruling made by the

27   Chief Justice of the Malta Court, and certified translation, dated March 30, 2022, dismissing

28   Respondent and SPI China (HK) Limited's request to revoke the Inferior Appeal Number 79/2020

LI DECLARATION                              Case No. 2:22-CV-01991-MCE-JDP

1    judgment by the Malta Inferior Court on November 12, 2021, and ordering Respondent and SPI

2    China (HK) Limited to pay expenses.

3         11.    Attached hereto as **Exhibit H** is a true and correct copy of Petitioner SinSin Europe

4    Solar Asset Limited Partnership's Certificate of Registration of Exempted Limited Partnership.

5         12.    Attached hereto as **Exhibit I** is a true and correct copy of Petitioner SinSin Solar

6    Capital Limited Partnership's Certificate of Registration of Exempted Limited Partnership.

7         13.    During the arbitrations, Petitioners submitted the total costs incurred by Petitioner

8    up until September 9, 2020. Those costs amounted to €1,675,413.74. The costs are as follows:

9         a.    €46,000 in filing costs, which was solely fees paid to the Malta Arbitration Centre,

10              incurred for the Second Proceeding;

11        b.    €210,000 in arbitrators' fees and charges;

12        c.    €39,074.71 in logistical costs incurred in relation to the hearings held in November

13              2018, April 2019 and July 2019 for both proceedings, including €4,634.69 for

14              translation services;

15        d.    €35,271.26 in travel and other expenses incurred by Petitioners in relation to its

16              representatives, witnesses and expert witnesses; and

17        e.    €1,345,067.77 in costs for legal representation and assistance and related costs,

18              including €208,102.99 in professional fees for Petitioners' expert witness,

19              Accuracy.

20        14.    Following the issuance of the Awards, Petitioners have requested that Respondent

21    satisfy the Awards on multiple occasions. Respondent has repeatedly declined to do so.

22        15.    On January 19, 2015, an enforcement proceeding was commenced against

23    Xiaofeng Peng, Respondent's Chief Executive Officer, in the Hefei Intermediate People's Court

24    (the "**Hefei Court**") in Anhui Province, Case No. (2015) Hezhi Zi No.00130. On May 20, 2015,

25    the PRC Supreme People's Court announced that Mr. Peng was placed on the China Supreme

26    People's Court's List of Discredited Parties Subject to Enforcement (the "**Announcement**").

27    According to the Announcement, the Hefei Court issued a judgment against Mr. Peng that totaled

28    over $130 million (RMB 93,0164,221.03) which he refused to pay although he had sufficient funds

1  to do so. The official Announcement is in Chinese. Attached hereto as **Exhibit J** is a true and

2  correct copy and translation of the Announcement.

3

4  I declare under penalty of perjury under the laws of the United States of America that the foregoing

5  is true and correct to the best of my knowledge, information, and belief.

6

7  Executed on: April 3, 2023

8

9                                                    Respectfully submitted,

10

11                                          By: _Li Xinyu_____

12                                               Xinyu Li

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LI DECLARATION                                                      Case No. 2:22-CV-01991-MCE-JDP