Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

*Attorneys for Petitioners*
SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP,<br><br>Petitioners,<br><br>v.<br><br>SPI ENERGY CO. LTD,<br><br>Respondent. | Case No. 2:22-cv-01991-MCE-JDP<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS LEAVE TO FILE AMENDED PETITION AND MOTION FOR**<br><br>(1) CONIFRMATION OF FOREIGN ARBITRAL AWARDS;<br><br>(2) ENTRY OF JUDGMENT;<br><br>(3) INJUNCTIVE RELIEF; AND<br><br>(4) ATTORNEYS' FEES INCURRED IN CONFIRMING THE AWARDS |

**[PROPOSED] ORDER**

The Court, having reviewed Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership's Motion Seeking Leave to File an Amended Petition and Motion for (1) Confirmation of Foreign Arbitral Awards, (2) Entry of Judgment, (3) Injunctive Relief, and (4) Attorney's Fees Incurred in Confirming the Awards (the "**Amended Petition and Motion**") and related documents and briefing, hereby orders:

1. Leave to file the Amended Petition and Motion is granted in full.

IT IS SO ORDERED.

Dated: _____

_____

The Honorable Morison C. England Jr.

Senior Judge of the United States District Ct.

Eastern District of California