1
Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
3
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
4
geyan@cn.kwm.com

5
M.M. Utterback (*pro hac vice*)
KING & WOOD MALLESONS LLP
6
500 5th Ave, 50th Floor
New York, NY 10110
7
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
8
meg.utterback@us.kwm.com

9
*Attorneys for Petitioners*
*SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*
10

UNITED STATES DISTRICT COURT
11
EASTERN DISTRICT OF CALIFORNIA

12

13
SINSIN EUROPE SOLAR ASSET LIMITED
PARTNERSHIP and
SINSIN SOLAR CAPITAL LIMITED
14
PARTNERSHIP,

15
                    Petitioners,

16
          v.

17
SPI ENERGY CO. LTD,

18
                    Respondent.

19

20

| Case No. 2:22-cv-01991-MCE-JDP |
| --- |
| **ORDER GRANTING PETITIONERS LEAVE TO FILE AMENDED PETITION AND MOTION FOR** |
| **(1) CONIFRMATION OF FOREIGN ARBITRAL AWARDS;** |
| **(2) ENTRY OF JUDGMENT;** |
| **(3) INJUNCTIVE RELIEF; AND** |
| **(4) ATTORNEYS' FEES INCURRED IN CONFIRMING THE AWARDS** |

21

22

23

24

25

26

27

28

ORDER                                             Case No. 2:22-CV-01991-MCE-JDP

1

**ORDER**

2      The Court, having reviewed Petitioners SinSin Europe Solar Asset Limited Partnership and

3   SinSin Solar Capital Limited Partnership's Motion Seeking Leave to File an Amended Petition

4   and Motion for (1) Confirmation of Foreign Arbitral Awards, (2) Entry of Judgment, (3) Injunctive

5   Relief, and (4) Attorney's Fees Incurred in Confirming the Awards (the "**Amended Petition and**

6   **Motion**") and related documents and briefing, hereby orders:

7      1.  Leave to file the Amended Petition and Motion is granted in full.

8      2.  Not later than five (5) days following the date this Order is electronically filed, Petitioner

9          is directed to file the Amended Petition and Motion on the Court's docket.

10         IT IS SO ORDERED.

11

12   Dated:  April 27, 2023

13

14   MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2