TODD M. NOONAN (SBN 172962)
 todd@noonanlawgroup
DAVID A. CHEIT (SBN 121379)
 dave@noonanlawgroup.com
NOONAN LAW GROUP
428 J Street, 4th Floor
Sacramento, CA  95814
Telephone:  916.740.1126

Attorneys for Respondent SPI ENERGY CO., LTD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP, and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP<br><br>Petitioners,<br><br>v.<br><br>SPI ENERGY CO. LTD,<br><br>Respondent | CASE NO.  2:22-CV-01991-MCE-JDP<br><br>**ORDER GRANTING RESPONDENT SPI ENERGY CO. LTD'S REQUEST FOR LEAVE TO FILE DECLARATION OF VANGELIS POLITIS**<br><br>Hearing:    June 1, 2023   (under submission by court order)<br><br>Presiding:  Hon. Morrison C. England, Jr.<br><br>Courtroom: 7, 14th Floor |

**ORDER**

Subsequent to the filing of Petitioners' Reply Brief [Dkt. No. 22] on Petitioners' Motion for Confirmation of Arbitral Awards, respondent SPI Energy Co. Ltd. ("SPI") seeks leave of Court to file the Declaration of Vangelis Politis in further support of SPI's Opposition to Petitioners' Motion. The proposed Declaration was attached as Exhibit A to SPI's Request.

The Court has reviewed SPI's request. Good cause appearing, SPI's request is GRANTED. SPI shall file the Politis Declaration within one business day of the issuance of this order.

IT IS SO ORDERED.

Dated:  May 30, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE