1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    SINSIN EUROPE SOLAR ASSET                No.  2:22-cv-01991-MCE-JDP
      LIMITED PARTNERSHIP, et al.,
12
                      Petitioners,
13                                             **ORDER**
             v.
14
      SPI ENERGY CO. LTD.,
15
                      Respondent.
16

17          Petitioners SinSin Europe Solar Asset Limited Partnership ("SinSin Europe") and

18    SinSin Solar Capital Limited Partnership ("SinSin Solar") (collectively, "Petitioners" or

19    "SinSin") initiated this action against Respondent SPI Energy Co. Ltd ("Respondent" or

20    "SPI") to confirm two arbitral awards pursuant to the Convention on the Recognition and

21    Enforcement of Foreign Arbitral Awards of June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S.

22    38 ("New York Convention"), as implemented by the Federal Arbitration Act ("FAA"), 9

23    U.S.C. § 201 et seq.  Petitioners also seek attorneys' fees and an award of injunctive

24    relief in the form of a worldwide asset freeze to prevent Respondent from dissipating its

25    assets.  For the following reasons, Petitioners' requests are GRANTED in part and

26    DENIED without prejudice in part.[1]

27          [1] Because oral argument would not have been of material assistance, the Court declined to set a
      hearing date and decides this matter on the briefs.  E.D. Local Rule 230(g).
28

1    The Petition for Confirmation of Foreign Arbitral Awards is supported by the

2  record and unopposed.  It is therefore GRANTED in its entirety.

3    The Court declines, however, to order injunctive relief until such time as

4  Petitioners can show that Respondent is refusing to comply with this Court's orders after

5  judgment has been entered.  While the Court concludes that a worldwide asset freeze

6  would be premature at this juncture, if Respondent delays in fulfilling its obligations, the

7  Court will entertain a renewed motion for equitable relief on an expedited basis.

8    Finally, the Court concludes that Petitioners are entitled to an award of attorneys'

9  fees and costs.  Respondent refused to pay Petitioners amounts due pursuant to clearly

10  valid arbitral awards.  It then forced Petitioners to bring this action, incurring more fees

11  and costs for all parties.  Respondent opposed Petitioners' original Petition and then

12  dropped all arguments against confirmation and conceded that the awards should be

13  confirmed once the Amended Petition was filed.  This kind of dilatory behavior is exactly

14  why fee awards exist, and Petitioners request is GRANTED.  See General Marine II, LLC

15  v. Kelly, Case No.: 3:21-cv-1425-W-DEB, 2022 WL 4488003, at *2 (S.D. Cal.)

16  ("Generally, when a defendant simply refuses to pay an arbitration award and forces the

17  plaintiff to file a petition to confirm the award, courts grant attorney's fees based on a

18  finding of bad faith.").

19    Accordingly, IT IS HEREBY ORDERED that:

20    1.    The Petition for Confirmation of Foreign Arbitral Awards (ECF No. 19)

21  GRANTED.  Respondent shall pay Petitioners the amounts payable to Petitioners under

22  the Awards, which is no less than $60,349,486.13; subject to a continuing interest rate of

23  six percent accruing from November 30, 2015 on half of the outstanding balance owed

24  under the parties' Share Sale and Purchase Agreement dated September 6, 2014

25  ("SPA") (€19,027,000), and accruing from June 20, 2016 on the remaining half of the

26  outstanding amount owed under the SPA (€19,027,000).

27    2.    Petitioners' request for injunctive relief is DENIED without prejudice to

28  renewal as necessary should Respondent fail to comply with this Court's orders.

1       3.      Petitioners' motion for an award of attorneys' fees and costs is GRANTED.

2 Not later than thirty (30) days following the date this Memorandum and Order is

3 electronically filed, Petitioners are directed to file their motion as to the amount of those

4 costs and fees.

5       4.      The Clerk of the Court is directed to enter judgment in Petitioners' favor

6 and to close this case.

7       IT IS SO ORDERED.

8 Dated:  September 29, 2023

9

10 MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28