1    TODD M. NOONAN (SBN 172962)
       todd@noonanlawgroup
2    DAVID A. CHEIT (SBN 121379)
       dave@noonanlawgroup.com
3    NOONAN LAW GROUP
     428 J Street, 4th Floor
4    Sacramento, CA 95814
     Telephone: 916.740.1126
5

6    Attorneys for Defendant SPI ENERGY CO., LTD

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   | SINSIN EUROPE SOLAR ASSET LIMITED<br>PARTNERSHIP, and SINSIN SOLAR<br>CAPITAL LIMITED PARTNERSHIP | CASE NO.  2:22-CV-01991-MCE-JDP |
     | --- | --- |

     SINSIN EUROPE SOLAR ASSET LIMITED
11   PARTNERSHIP, and SINSIN SOLAR
     CAPITAL LIMITED PARTNERSHIP           CASE NO.  2:22-CV-01991-MCE-JDP
12
                  Petitioners,            **RESPONDENT SPI ENERGY CO.**
13                                         **LTD'S STATEMENT OF NON-**
           v.                              **OPPOSITION TO PETITIONERS'**
14                                         **MOTION FOR ATTORNEY'S FEES**
     SPI ENERGY CO. LTD,                   **AND COSTS**
15
                  Respondent              Hearing:  December 14, 2023 (under
16                                                  submission by court order)

17                                        Presiding:   Hon. Morrison C. England, Jr.

18                                        Courtroom: 7, 14th Floor

19         Pursuant to Local Rule 230(c), respondent SPI Energy Co., Ltd., hereby states that it will

20   not be opposing Petitioners' Motion for Attorney's Fees and Costs.

21    Dated:  November 14, 2023          NOONAN LAW GROUP

22                                       By: _____

23                                           TODD M. NOONAN
                                             Attorneys for SPI Energy, Inc.
24

25

26

27

28