Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

*Attorneys for Petitioners*
*SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP,<br><br>    Petitioners,<br><br>  v.<br><br>SPI ENERGY CO. LTD,<br><br>    Respondent. | Case No. 2:22-cv-01991-MCE-JDP<br><br>**ORDER GRANTING PETIONERS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

Good cause having been shown, and for the reasons stated in Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership's ("Petitioners") unopposed Motion for Attorneys' Fees and Costs (the "Motion") (ECF No. 31), the Motion is hereby GRANTED. Petitioners are awarded attorneys' fees and costs in the amount of $160,831.87.

IT IS SO ORDERED.

Dated: November 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE