Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (*pro hac vice*)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

*Attorneys for Petitioners*
*SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP,

Petitioners,

v.

SPI ENERGY CO. LTD.,

Respondent.

Case No. 2:22-cv-01991-MCE-JDP

**WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER**

Under Local Rule 174(a)(1), Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership, and Respondent SPI Energy Co. Ltd., by and through their attorneys of record, waive their right to personally appear, and consent to appear by videoconference at the hearing on Zoom videoconference scheduled for April 25, 2024, at 11:00 a.m.

Respectfully submitted,

DATED: April 18, 2024

*/s/ Yan Ge*
Yan Ge
M.M. Utterback
KING & WOOD MALLESONS LLP
*Attorneys for Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership*

DATED: April 18, 2024

*/s/ Todd M. Noonan*
TODD M. NOONAN (SBN 172962)
todd@noonanlawgroup
NOONAN LAW GROUP
428 J Street, 4th Floor
Sacramento, CA 95814
Telephone: 916.740.1126
Attorneys for Respondent SPI ENERGY CO., LTD

IT IS SO ORDERED.

Dated: April 19, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE