

# United States District Court
# Eastern District of California

| SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership | Case Number: 2:22-cv-01991-MCE-JDP |
|---|---|

Plaintiff(s)

V.

| SPI Energy Co. Ltd | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Aaron Todd Wolfson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership

On 02/25/2004 (date), I was admitted to practice and presently in good standing in the New York, Second Judicial Department (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/24/2024                Signature of Applicant: /s/ Aaron Todd Wolfson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Aaron Todd Wolfson |
| Law Firm Name: | King & Wood Mallesons |
| Address: | 500 5th Avenue |
| | 50th Floor |
| City: | New York      State: NY      Zip: 10110 |
| Phone Number w/Area Code: | (347) 926-7563 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | aaron.wolfson@us.kwm.com |
| Secondary E-mail Address: | aaron.wolfson@us.kwm.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Yan Ge |
| Law Firm Name: | King & Wood Mallesons |
| Address: | 2500 Sand Hill Rd |
| | Suite 111 |
| City: | Menlo Park      State: CA      Zip: 94025 |
| Phone Number w/Area Code: | (212) 319-4755      Bar #: 236566 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 24, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE