TODD M. NOONAN (SBN 172962)
todd@noonanlawgroup
NOONAN LAW GROUP
428 J Street, 4th Floor
Sacramento, CA  95814
Telephone:  916.740.1126

Attorneys for Respondent SPI ENERGY CO., LTD.

Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (admitted pro hac vice)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

Attorneys for Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP, and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP<br><br>Petitioners,<br><br>v.<br><br>SPI ENERGY CO. LTD,<br><br>Respondent | CASE NO.  2:22-CV-01991-MCE-JDP<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON PETITIONERS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**<br><br>Cont'd Hearing:    May 30, 2024<br>                              11:00 a.m.<br><br>Presiding:   Hon. Morrison C. England, Jr.<br><br>Courtroom: 7, 14th Floor (via Zoom) |

1   Petitioners SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP ("Petitioners"), and respondent SPI ENERGY CO. LTD. ("Respondent"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Court entered Judgment in this matter on October 2, 2023, confirming Petitioners' arbitral awards and awarding attorney's fees.  Dkt. No. 30.

WHEREAS, on April 9, 2024, Petitioners filed a Renewed Motion for Injunctive Relief and Attorney's Fees on an Expedited Basis ("Motion for Injunctive Relief").  Dkt. No. 35.

WHEREAS, on the Court's own motion, the Motion for Injunctive Relief was advanced from May 16, 2024, to April 25, 2024, and heard via Zoom hearing at 11:00am on April 25, 2024.

WHEREAS, the Court heard arguments from counsel, delayed its substantive ruling on the Motion for Injunctive Relief to allow the Parties additional time to reach a resolution, and set a further Status Conference for May 30, 2024, at 11:00am, with a Joint Status Conference Statement to be filed on May 24, 2024.

WHEREAS, representatives of Petitioners and Respondent have engaged substantively on the issues relating to satisfaction of the judgment, but require additional time to complete due diligence and perform additional tasks associated with the parties' efforts to reach a final resolution.

WHEREAS, the Parties jointly agree to request the Court continue the Status Conference at least sixty (60) days to a date then available on the Court's calendar to allow these efforts to proceed.  The Parties submit that this continuance would conserve party and judicial resources and serve the interests of justice.

///
///
///
///
///
///

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, through their undersigned counsel of record, to request the Court as follows:  That the Court continue the Status Conference on the Motion for Preliminary Injunction for sixty days from its current date of May 30, 2024, to a new date in mid-to-late July 2024, with appearances to be via Zoom;

SO STIPULATED.

DATED:  May 23, 2024              KING & WOOD MALLESONS LLP

_____
M.M. Utterback
Yan Ge
*Attorneys for Petitioners*

DATED:  May 23, 2024              NOONAN LAW GROUP

_____
Todd M. Noonan
*Attorneys for Respondent*

-3-

STIPULATION and [PROPOSED] ORDER CONTINUING HEARING
CASE NO.  22-CV-01991-MCE-JDP

**ORDER ON STIPULATION**

Good cause appearing and based on the stipulation of the Parties, the Court ORDERS as follows with respect to Petitioners' Motion for Preliminary Injunction:

1. The Court continues the Status Conference on Petitioners' Motion for Preliminary Injunction, presently set for May 30, 2024, to July 31, 2024, at 10:00 am (PDT) via Zoom videoconference.

2. The Parties shall file a Joint Status Conference Report no later than five (5) court days before the continued Status Conference.

IT IS SO ORDERED.

Dated: May 24, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE