TODD M. NOONAN (SBN 172962)
todd@noonanlawgroup
NOONAN LAW GROUP
428 J Street, 4th Floor
Sacramento, CA 95814
Telephone: 916.740.1126

Attorneys for Respondent SPI ENERGY CO., LTD.

Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (admitted pro hac vice)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

Attorneys for Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital Limited Partnership

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP, and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP<br><br>Petitioners,<br><br>v.<br><br>SPI ENERGY CO. LTD,<br><br>Respondent | CASE NO. 2:22-CV-01991-MCE-JDP<br><br>**JOINT STATUS REPORT**<br><br>Cont'd Hearing:   July 31, 2024<br>                              10:00 a.m.<br><br>Presiding:   Hon. Morrison C. England, Jr.<br><br>Courtroom: 7, 14th Floor (via Zoom) |

Petitioners SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP ("Petitioners"), and respondent SPI ENERGY

CO. LTD. ("Respondent"), by and through their counsel of record, hereby submit the following Joint Status Report:

WHEREAS, on May 24, 2024, pursuant to Stipulation of the Parties, the Court continued the hearing on Petitioners' Renewed Motion for Injunctive Relief and Attorney's Fees on an Expedited Basis to July 31, 2024, at 10:00am, and ordered the Parties to file a Joint Status Report not later than July 24, 2024.  Dkt. No. 48.

WHEREAS, by Minute Order issued June 25, 2024, the Court advanced the filing date for the Joint Status Report to July 8, 2024.  Dkt. No. 49.

WHEREAS, the Parties report to the Court as follows:  Since the Court approved the Parties' Stipulation requesting a continuance of the hearing on Petitioners' Renewed Motion for Preliminary Injunction (Dkt. No. 48), the Parties have moved forward diligently with efforts to resolve the dispute and related due diligence.  The process is complex, and involves assets in Greece, and legal teams in the United States, China, and Greece.  The Parties are hopeful the process will be concluded in the next 30 days.

DATED:  July 8, 2024                    KING & WOOD MALLESONS LLP

                                                    *M.M. Utterback*
                                                  M.M. Utterback
                                                  Yan Ge
                                                  *Attorneys for Petitioners*

DATED:  July 8, 2024                    NOONAN LAW GROUP

                                                  /s Todd Noonan
                                                  Todd M. Noonan
                                                  *Attorneys for Respondent*