1    TODD M. NOONAN (SBN 172962)
        todd@noonanlawgroup
2    NOONAN LAW GROUP
     428 J Street, 4th Floor
3    Sacramento, CA  95814
     Telephone:  916.740.1126
4
     Attorneys for Respondent SPI ENERGY CO., LTD.
5
     Yan Ge, Cal. Bar No. 236566
6    KING & WOOD MALLESONS LLP
     2500 Sand Hill Road, Suite 111
7    Menlo Park, CA 94025
     Telephone: (650) 858-1285
8    Facsimile: (650) 858-1226
     geyan@cn.kwm.com
9
     M.M. Utterback (admitted pro hac vice)
10   KING & WOOD MALLESONS LLP
     500 5th Ave, 50th Floor
11   New York, NY 10110
     Telephone: (212) 319-4755
12   Facsimile: (917) 591-8167
     meg.utterback@us.kwm.com
13
     Attorneys for Petitioners SinSin Europe Solar Asset
14   Limited Partnership and SinSin Solar Capital
     Limited Partnership

15

16                    **IN THE UNITED STATES DISTRICT COURT**

17                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19   SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP, and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP | CASE NO.  2:22-CV-01991-MCE-JDP |
| 20 | **JOINT STATUS REPORT** |
| 21          Petitioners, | Cont'd Hearing:    August 22, 2024<br>                        10:30 a.m. |
| 22       v. | Presiding:   Hon. Morrison C. England, Jr. |
| 23   SPI ENERGY CO. LTD, | Courtroom: 7, 14th Floor (via Zoom) |
| 24          Respondent | |

25

26       Petitioners SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN

27   SOLAR CAPITAL LIMITED PARTNERSHIP ("Petitioners"), and respondent SPI ENERGY

28

CO. LTD. ("Respondent"), by and through their counsel of record, hereby submit the following Joint Status Report:

WHEREAS, on May 24, 2024, pursuant to Stipulation of the Parties, the Court continued the hearing on Petitioners' Renewed Motion for Injunctive Relief and Attorney's Fees on an Expedited Basis to July 31, 2024, at 10:00am, and ordered the Parties to file a Joint Status Report not later than July 24, 2024.  Dkt. No. 48.

WHEREAS, by Minute Order issued June 25, 2024, the Court advanced the filing date for the Joint Status Report to July 8, 2024.  Dkt. No. 49.

WHERAS, upon review of the Parties' Joint Status Report, Dkt. No. 50, the Court vacated and continued the Status Conference to August 22, 2024, and ordered the filing of a further Joint Status Report on or before August 12, 2024.  Dkt. No. 51.

WHEREAS, the Parties report to the Court as follows:  The Parties continue to make good progress toward a final settlement.  The Parties made material progress on the final settlement terms, although the agreement is not yet finalized.  The Parties' present best estimate is that the settlement agreement will be signed in September.


DATED:  August 9, 2024                           KING & WOOD MALLESONS LLP

                                                 _M.M. Utterback_____
                                                 M.M. Utterback
                                                 Yan Ge
                                                 *Attorneys for Petitioners*


DATED:  August 9, 2024                           NOONAN LAW GROUP

                                                 ___/s Todd Noonan_____
                                                 Todd M. Noonan
                                                 *Attorneys for Respondent*


-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28