1    TODD M. NOONAN (SBN 172962)
       todd@noonanlawgroup
2    NOONAN LAW GROUP
     428 J Street, 4th Floor
3    Sacramento, CA  95814
     Telephone:  916.740.1126
4
     Attorneys for Respondent SPI ENERGY CO., LTD.
5
     Yan Ge, Cal. Bar No. 236566
6    KING & WOOD MALLESONS LLP
     2500 Sand Hill Road, Suite 111
7    Menlo Park, CA 94025
     Telephone: (650) 858-1285
8    Facsimile: (650) 858-1226
     geyan@cn.kwm.com
9
     M.M. Utterback (admitted pro hac vice)
10   KING & WOOD MALLESONS LLP
     500 5th Ave, 50th Floor
11   New York, NY 10110
     Telephone: (212) 319-4755
12   Facsimile: (917) 591-8167
     meg.utterback@us.kwm.com
13
     Attorneys for Petitioners SinSin Europe Solar Asset
14   Limited Partnership and SinSin Solar Capital
     Limited Partnership
15

16              **IN THE UNITED STATES DISTRICT COURT**

17            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

18
     SINSIN EUROPE SOLAR ASSET LIMITED        CASE NO.  2:22-CV-01991-MCE-JDP
19   PARTNERSHIP, and SINSIN SOLAR
     CAPITAL LIMITED PARTNERSHIP              **JOINT STATUS REPORT**
20
                      Petitioners,            Cont'd Hearing:     September 18, 2024
21                                                                10:30 a.m.
                v.
22                                            Presiding:   Hon. Morrison C. England, Jr.
     SPI ENERGY CO. LTD,
23                                            Courtroom: 7, 14th Floor (via Zoom)
                      Respondent
24

25

26        Petitioners SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN

27   SOLAR CAPITAL LIMITED PARTNERSHIP ("Petitioners"), and respondent SPI ENERGY

28

CO. LTD. ("Respondent"), by and through their counsel of record, hereby submit the following Joint Status Report:

WHEREAS, on May 24, 2024, pursuant to Stipulation of the Parties, the Court continued the hearing on Petitioners' Renewed Motion for Injunctive Relief and Attorney's Fees on an Expedited Basis to July 31, 2024, at 10:00am, and ordered the Parties to file a Joint Status Report not later than July 24, 2024.  Dkt. No. 48.

WHEREAS, by Minute Order issued June 25, 2024, the Court advanced the filing date for the Joint Status Report to July 8, 2024.  Dkt. No. 49.

WHERAS, upon review of the Parties' Joint Status Report, Dkt. No. 50, the Court vacated and continued the Status Conference to August 22, 2024, and ordered the filing of a further Joint Status Report on or before August 12, 2024.  Dkt. No. 51.

WHEREAS, upon review of the Parties' Joint Status Report, Dkt. No. 52, the Court vacated and continued the Status Conference to September 18, 2024, and ordered the filing of a further Joint Status Report on or before September 9, 202024.  Dkt. No. 53.

WHEREAS, the Parties report to the Court as follows:  The Parties continue to make good progress toward a final settlement.  The Parties continue to make material progress on the final settlement terms, although the agreement is not yet finalized.  The Parties' present best estimate remains that the settlement agreement will be signed in September.


DATED:  September 6, 2024                     KING & WOOD MALLESONS LLP

                                             _M.M. Utterback_____
                                             M.M. Utterback
                                             Yan Ge
                                             *Attorneys for Petitioners*

-2-

1  DATED:  September 6, 2024                    NOONAN LAW GROUP

2                                                       ___/s Todd Noonan_____
3                                                       Todd M. Noonan
                                                        *Attorneys for Respondent*
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                             -3-
28