1
2
3
4
5
6
7

8                            UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **SINSIN EUROPE SOLAR ASSET LIMITED**          NO.  **2:22–CV–01991–DC–JDP**
     **PARTNERSHIP,**

12                          Plaintiff,              ORDER OF REASSIGNMENT

13                   v.

14   **SPI ENERGY CO. LTD.,**

15                          Defendant.

16   _____

17        The court, having considered the appointment of District Judge Dena M. Coggins, finds the

18   necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

19        **IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby

20   **REASSIGNED** from District Judge Morrison C. England, Jr. to District Judge Dena M. Coggins for all

21   further proceedings.  The new case number for this action, which must be used on all documents filed

22   with the court, is:             **2:22–CV–01991–DC–JDP**

23        All hearings set before the District Judge on pending motions are VACATED pursuant to

24   Local Rule 230(g).  If the court subsequently concludes that oral argument is necessary, a hearing

25   will be set and the parties notified accordingly.  This order does not impact the filing deadlines for

26   opposition and reply briefs.

27   /////

28   /////

1    Further, any other court appearances—e.g., scheduling conference, pretrial conference,

2  and trial date—currently set before the District Judge in this reassigned action are VACATED

3  and shall be reset, as necessary, by the reassigned court.

4  DATED:    October 15, 2024

5

6                                             Troy L. Nunley
                                              Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28