TODD M. NOONAN (SBN 172962)
  todd@noonanlawgroup
NOONAN LAW GROUP
428 J Street, 4th Floor
Sacramento, CA  95814
Telephone:  916.740.1126

Attorneys for Respondent SPI ENERGY CO., LTD.

Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (admitted pro hac vice)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

Attorneys for Petitioners SinSin Europe Solar Asset
Limited Partnership and SinSin Solar Capital
Limited Partnership

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP, and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP<br><br>Petitioners,<br><br>v.<br><br>SPI ENERGY CO. LTD,<br><br>Respondent | CASE NO.  2:22-CV-01991-DC-JDP<br><br>**JOINT STATUS REPORT**<br><br>Presiding:   Hon. Dena M. Coggins.<br><br>Courtroom: 8, 13th Floor |

Petitioners SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN

SOLAR CAPITAL LIMITED PARTNERSHIP ("Petitioners"), and respondent SPI ENERGY

CO. LTD. ("Respondent"), by and through their counsel of record, hereby submit the following Joint Status Report:

WHEREAS, on May 24, 2024, pursuant to Stipulation of the Parties, the Court continued the hearing on Petitioners' Renewed Motion for Injunctive Relief and Attorney's Fees on an Expedited Basis to July 31, 2024, at 10:00am, and ordered the Parties to file a Joint Status Report not later than July 24, 2024.  Dkt. No. 48.

WHEREAS, by Minute Order issued June 25, 2024, the Court advanced the filing date for the Joint Status Report to July 8, 2024.  Dkt. No. 49.

WHERAS, upon review of the Parties' Joint Status Report, Dkt. No. 50, the Court vacated and continued the Status Conference to August 22, 2024, and ordered the filing of a further Joint Status Report on or before August 12, 2024.  Dkt. No. 51.

WHEREAS, upon review of the Parties' Joint Status Report, Dkt. No. 52, the Court vacated and continued the Status Conference to September 18, 2024, and ordered the filing of a further Joint Status Report on or before September 9, 2024.  Dkt. No. 53.

WHEREAS, upon review of the Parties' Joint Status Report, Dkt. No. 54, the Court vacated the September 18, 2024 Status Conference, and ordered the filing of a further Joint Status Report on or before September 23, 2024.  Dkt. No. 55.

WHEREAS, this matter was re-assigned to the Honorable Dena Coggins on October 15, 2024.  Dkt. No. 57.

WHEREAS, upon review of the Parties' Joint Status Report, Dkt. No. 56, the Court ordered the parties to file dispositional documents or a further Joint Status Report no later than November 18, 2024.  Dkt. No. 58.

WHEREAS, upon review of the Parties' Joint Status Report, Dkt. No. 59, the Court ordered the parties "to file either dispositional documents or a Further Joint Status Report by no later than 1/16/2025."  Dkt. No. 60.

///

///

WHEREAS, the Parties report to the Court as follows: The Parties write pursuant to the Court's November 18, 2024 Order (ECF 60) to "file either dispositional documents or a Further Joint Status Report by no later than 1/16/2025." The Parties are pleased to announce that the parties have signed a final agreement to end this dispute. Pursuant to the agreement, SinSin has agreed to withdraw the pending Motion for Renewed Preliminary Injunction without prejudice. Assuming the terms of the agreement are satisfied, SinSin would expect to file a Satisfaction of Judgment before year's end. Under the agreement, SinSin also maintains its rights to renew enforcement efforts on the Judgment, including seeking injunctive relief, in the event the agreed terms are not met. If something goes awry, we will apprise the court in short order.

DATED: January 14, 2025            KING & WOOD MALLESONS LLP

                                                    *M.M. Utterback*
                                                    M.M. Utterback
                                                    Yan Ge
                                                    *Attorneys for Petitioners*

DATED: January 14, 2025            NOONAN LAW GROUP

                                                    Todd Noonan
                                                    Todd M. Noonan
                                                    *Attorneys for Respondent*