TODD M. NOONAN (SBN 172962)
todd@noonanlawgroup
NOONAN LAW GROUP
428 J Street, 4th Floor
Sacramento, CA 95814
Telephone: 916.740.1126

Attorneys for Respondent SPI ENERGY CO., LTD.

Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (admitted pro hac vice)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

Attorneys for Petitioners SinSin Europe Solar Asset
Limited Partnership and SinSin Solar Capital
Limited Partnership

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP, and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP<br><br>Petitioners,<br><br>v.<br><br>SPI ENERGY CO. LTD,<br><br>Respondent | CASE NO. 2:22-CV-01991-DC-JDP<br><br>**FURTHER JOINT STATUS REPORT**<br><br>Presiding:   Hon. Dena M. Coggins.<br><br>Courtroom: 8, 13th Floor |

Petitioners SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP and SINSIN

SOLAR CAPITAL LIMITED PARTNERSHIP ("Petitioners"), and respondent SPI ENERGY

1  CO. LTD. ("Respondent"), by and through their counsel of record, hereby submit the following

2  Joint Status Report:

3      Having reviewed the Minute Order filed January 23, 2025, Dkt. No. 62, the Parties file
4  this further Joint Status Report to clarify the procedural status of this matter.  Judgment was
5  entered in this matter on October 2, 2023, Dkt. No 30.  Petitioners' motion for injunctive relief,
6  recently withdrawn without prejudice, had been filed in connection with their efforts to enforce
7  the Judgment.  As Judgment has been entered, no further dispositional documents are anticipated.
8  Rather, as reported in the last Joint Status Report, assuming the terms of the Parties' recent
9  settlement agreement are satisfied, SinSin would expect to file a Satisfaction of Judgment before
10 year's end.  Under the agreement, SinSin also maintains its rights to renew enforcement efforts on
11 the Judgment, including seeking injunctive relief, in the event the agreed terms are not met.

13 DATED:  January 30, 2025            KING & WOOD MALLESONS LLP

14                                                       *M.M. Utterback*
15                                                       M.M. Utterback
                                                      Yan Ge
                                                     *Attorneys for Petitioners*

17 DATED:  January 30, 2025            NOONAN LAW GROUP

18                                                       Todd Noonan
19                                                       Todd M. Noonan
                                                     *Attorneys for Respondent*