TODD M. NOONAN (SBN 172962)
   todd@noonanlawgroup.com
NOONAN LAW GROUP
428 J Street, 4th Floor
Sacramento, CA  95814
Telephone:  916.740.1126

Attorneys for Respondent SPI ENERGY CO., LTD.

Yan Ge, Cal. Bar No. 236566
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285
Facsimile: (650) 858-1226
geyan@cn.kwm.com

M.M. Utterback (admitted pro hac vice)
KING & WOOD MALLESONS LLP
500 5th Ave, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
Facsimile: (917) 591-8167
meg.utterback@us.kwm.com

Attorneys for Petitioners SinSin Europe Solar Asset
Limited Partnership and SinSin Solar Capital
Limited Partnership

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINSIN EUROPE SOLAR ASSET LIMITED PARTNERSHIP, and SINSIN SOLAR CAPITAL LIMITED PARTNERSHIP<br><br>Petitioners,<br><br>v.<br><br>SPI ENERGY CO. LTD,<br><br>Respondent | CASE NO. 2:22-cv-01991-DC-JDP<br><br>**JOINT STATUS REPORT**<br><br>Presiding:   Hon. Dena M. Coggins<br><br>Courtroom: 8, 13th Floor |

Petitioners SinSin Europe Solar Asset Limited Partnership and SinSin Solar Capital

Limited Partnership ("**Petitioners**"), and Respondent SPI Energy Co. Ltd ("**Respondent**"), by

-1-

and through their counsel of record, respectfully submit this further Joint Status Report pursuant to the Court's Minute Order entered of January 30, 2025, Dkt. No. 64.

Petitioners report that following the submission of the Parties' prior Joint Status Report (Dkt. No. 63), on 22 July 2025, the Grand Court of the Cayman Islands (the "**Cayman Court**") ordered the winding-up of Respondent and appointed joint official liquidators (the "**JOLs**") to oversee the winding-up proceedings.  Since then, Petitioners have been negotiating a new settlement agreement with the JOLs.

Petitioners further report that the parties have reached a new settlement in principle and intend to submit a settlement agreement memorializing those terms to the Cayman Court for approval.  The proposed settlement provides for total consideration of EUR €14,000,000, to be paid in seven installments, with the final installment due no later than June 30, 2027.  The settlement further provides that, in the event of any breach of the new settlement agreement, Petitioners expressly reserve all rights to renew enforcement efforts with respect to the Judgment entered by this Court on October 2, 2023, including the right to seek injunctive relief.

Respondent's counsel reports that he only recently learned of the change in status of Respondent, and that he has reached out to the JOLs for further instruction, including on whether undersigned counsel will remain as counsel of record for Respondent in this matter, or instead whether a substitution of counsel or motion to withdraw will be filed.  Pending further instruction from the JOLs, undersigned counsel is not otherwise authorized to make representations or commitments on behalf of Respondent, or join in the substance of Petitioners' report to the Court.

DATED:  January 14, 2026

KING & WOOD MALLESONS LLP

/s/ *M.M. Utterback*
M.M. Utterback
Yan Ge
*Attorneys for Petitioners*

-2-

DATED:  January 14, 2026                    NOONAN LAW GROUP

/s/ Todd Noonan
Todd M. Noonan
*Attorneys for Respondent*

-3-